**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

THURSTON D. McCULLOUGH                                                              PLAINTIFF

V.                                         3:07CV00019 JLH

CRAIGHEAD COUNTY
DETENTION CENTER *et al.*                                                          DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 10th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE